UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNAN BAILEY WILHITE,

    Plaintiff,

v.

    Case No. 24-cv-11815
    Honorable Linda V. Parker

ERIN PARR-MIRZA,
JULIANA MARTINO,
ANGELA JOSEPH,
WELLPATH SERVICES, and
KIM FARRIS,

    Defendants.
_____/

**<u>OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE'S OCTOBER 23, 2025 REPORT AND RECOMMENDATION (ECF NO. 47); (2) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO PROCEED WITH LAWSUIT (ECF NO. 32); (3) LIFTING STAY AS TO INDIVIDUAL WELLPATH DEFENDANTS MARTINO, JOSEPH, AND FARRIS; AND (4) GRANTING DEFENDANT WELLPATH, LLC.'S MOTION TO DISMISS BASED ON BANKRTUPCY DISCHARGE AND CONFIRMATION ORDER (ECF NO. 39)</u>**

On July 1, 2024, Plaintiff, a Michigan Department of Corrections ("MDOC") prisoner, initiated this pro se civil rights lawsuit pursuant to 42 U.S.C. § 1983. Plaintiff alleges deliberate indifference to his medical needs in violation of the Eighth Amendment by Defendants. At the time relevant to Plaintiff's claims, Defendant Erin Parr-Mirza was employed by MDOC as a Health Unit Manager at the Macomb Correctional Facility ("MRF") where Plaintiff was incarcerated. The

remaining individual Defendants (Juliana Martino, Angela Joseph, and Kim Farris) were employed by Defendant Wellpath, Inc. to provide healthcare to MRF inmates.  The lawsuit has been referred to Magistrate Judge Anthony P. Patti for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 16.)

This Court stayed the pending action as to Wellpath, Martino, Joseph, and Farris on April 24, 2025 (ECF No. 31), after Wellpath filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Texas: *In re Wellpath Holdings, Inc.*, No. 24-90553 (Bankr. S.D. Tex. filed Nov. 11, 2024). Subsequently, the bankruptcy court confirmed a Chapter 11 plan of reorganization of Wellpath and discharged certain claims against it.  (*See* ECF No. 36-1.) Plaintiff then filed a motion to proceed with the lawsuit (ECF No. 32), and Wellpath filed a motion to dismiss based on the bankruptcy court's order (ECF No. 39).

In a Report and Recommendation issued on October 23, 2025, Magistrate Judge Patti recommends that Plaintiff's motion should be granted in part and denied in part, in that his claims against Martino, Joseph, and Farris should proceed and his claims against Wellpath be dismissed based on the bankruptcy discharge and confirmation order.  (ECF No. 47.)  At the conclusion of the R&R,

2

Magistrate Judge Patti advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  (*Id.* at PageID.423.) Magistrate Judge Patti further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with Magistrate Judge Patti's recommendations.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Proceed with Lawsuit (ECF No. 32) is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that the **STAY** as to Defendants Juliana Martino, Angela Joseph, and Kim Farris is **LIFTED**.

**IT IS FURTHER ORDERED** that, pursuant to the confirmation order issued by the United States Bankruptcy Court for the Southern District of Texas, Wellpath's motion to dismiss (ECF No. 39) is **GRANTED**, Plaintiff's claims against Wellpath are **DISMISSED WITH PREJUDICE**, and Wellpath is **TERMINATED AS A PARTY** to this action.

                                                    s/ Linda V. Parker  
                                                    LINDA V. PARKER  
                                                    U.S. DISTRICT JUDGE

Dated: November 12, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 12, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager
